IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN and IN EOM, ) | FILED: JULY 7, 2008 |
| ) | 08CV3858 |
| Plaintiffs, ) | JUDGE LEFKOW |
| ) | MAGISTRATE JUDGE SCHENKIER |
| vs. ) | Civil Action No. NF |
| ) | |
| FINANCIAL CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT**

NOW COME the Plaintiffs, SUSAN and JAY EOM, by and through their attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, FINANCIAL CREDIT SERVICES, INC., and alleging as follows:

**PRELIMINARY STATEMENT**

1.  This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

**JURISDICTION AND VENUE**

2.  Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

**PARTIES**

3.  Plaintiffs, Susan and In Eom, ("Plaintiffs"), are individuals who were at all relevant times residing in the City of Ridgefield, State of Connecticut.

4.  At all relevant times herein, Defendant, Financial Credit Services, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed for an automobile loan.

1

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Illinois.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. FINANCIAL CREDIT SERVICES, INC.

6. On May 16, 2008, Plaintiffs received an initial debt collection letter from Defendant attempting to collect a debt allegedly owed for an automobile loan in the amount of $45,912.33.

7. The debt collection letter stated that the debt was for an automobile loan that Plaintiff had co-signed for over twenty years prior.

8. Shortly thereafter, Plaintiffs received a telephone call at their residence from Defendant. In said conversation, Defendant offered to settle the alleged debt for $7,000.00 or Plaintiff would have to go to court the following week and Defendant would put a lien against Plaintiffs' home.

9. Out of fear of going to court and having her home taken from her, Plaintiff gave Defendant her credit card number over the telephone allowing it make a balance transfer in the amount of $6,000.00 as settlement in full of the alleged debt.

10. On May 21, 2008, Plaintiff received an email confirmation of the $6,000.00 as payment/settlement in full.

11. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Represented or implied that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person in violation of 15 U.S.C. § 1692e(4);

    b.    Threatened to take any action that cannot legally be taken or that is not intended to be taken when it threatened to take Plaintiffs to court on a debt that was over twenty years old in violation of 15 U.S.C. § 1692e(5); and

    c.    Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10).

12.    As a result of Defendant's violations as aforesaid, Plaintiffs suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiffs, SUSAN and JAY EOM, by and through their attorneys, respectfully pray for judgment as follows:

    a.    All actual compensatory damages suffered;

    b.    Statutory damages of $1,000.00 for Plaintiffs;

    c.    Plaintiffs' attorneys' fees and costs;

    d.    Any other relief deemed appropriate by this Honorable Court.

***\*\*\*PLAINTIFFS REQUEST A TRIAL BY JURY \*\*\****

Respectfully Submitted,
**SUSAN and JAY EOM**

By:    s/Larry P. Smith
       Attorney for Plaintiffs

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.   (312) 222-9028
Fax   (312) 602-3911
e-mail  lsmith@lpsmithlaw.com