**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SUSAN and IN EOM<br>v.<br>FINANCIAL CREDIT SERVICES, INC | Case Number:<br>FILED: JULY 7, 2008<br>08CV3858<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs - SUSAN and IN EOM

| |
|---|
| NAME (Type or print)<br>Larry P. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Larry P. Smith |
| FIRM<br>Larry P. Smith & Associates, ltd. |
| STREET ADDRESS<br>205 N. Michigan Ave., Suite 4000 |
| CITY/STATE/ZIP<br>Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217162 | 312-222-9028 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐